United States District Court
Southern District of Texas
**ENTERED**
April 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE CORTEZ LOPEZ § § § | |
| VS. § | MISC. ACTION NO. 7:19-MC-1438 |
| § § | |
| UNITED STATES OF AMERICA § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING RELIEF

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Jose Cortez Lopez's "Motion for Return of Property." After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 5 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Nadia S. Medrano, is of the opinion that the "Motion for Return of Property" should be **DENIED** and that this action should be **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

SO ORDERED April 5, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge